IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 7 |
|     JOSEPH P. MAUZ,<br>        Debtor | Case No. 1-12-6672 |
| WILLIAM & KIMBERLY LINK,<br>        Plaintiffs,<br>v. | Adversary proceeding<br>No. 13-ap-00053 |
| JOSEPH P. MAUZ,<br>        Defendant | |

## ANSWER OF DEFENDANT TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

AND NOW, this 12th day of April, 2013, comes the Defendant, by his counsel, Sara A. Austin, Esq., **Austin Law Firm LLC**, and does file this Answer the Complaint as follows:

1-3. Admitted.

4-6. No response required; the documents (or docket) speak for themselves.

7-9. No response required; the documents (or docket) speak for themselves. However, Defendant notes that a Motion to Avoid these judgments as preferences was filed and is pending before this Court.

10. Defendant incorporates the responses to Paragraphs 1 – 9 above as though fully set forth herein.

11. This paragraph sets forth a conclusion of law to which no response is required. However, Defendant notes that a Motion to Avoid these judgments as preferences was filed and is pending before this Court.

12. This paragraph sets forth a conclusion of law to which no response is required.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an Order denying and dismissing the Complaint, and for such other relief as may be just and proper.

Respectfully submitted,

AUSTIN LAW FIRM LLC

By: /s/ Sara A. Austin _____
Sara A. Austin, Esquire
Supreme Court I.D. No. 59052
226 East Market Street
York, PA 17403
(717) 846-2246
Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 12, 2013 a true and correct copy of the foregoing Motion filed in the above-captioned matter was or will be served electronically on the following:

Barry Solodky, Esq.
    Counsel for Plaintiffs

                              /s/ Sara A. Austin _____
                                Sara A. Austin, Esquire