IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 7 |
|     JOSEPH P. MAUZ,<br>        Debtor | Case No. 1-12-6672 |
| WILLIAM & KIMBERLY LINK,<br>        Plaintiffs,<br>v. | Adversary proceeding<br>No. 13-ap-00053 |
| JOSEPH P. MAUZ,<br>        Defendant | |

## ANSWER OF DEFENDANT TO MOTION FOR SUMMARY JUDGMENT

AND NOW, this 24th day of June, 2013, comes the Defendant, by his counsel, Sara A. Austin, Esq., **Austin Law Firm LLC**, and does file this Answer as follows:

### INTRODUCTION

1. No response required; the documents filed of record speak for themselves.

2. No response required; the documents filed of record speak for themselves.

3. No response required; the documents filed of record speak for themselves. Further, this paragraph sets forth a legal conclusion to which no response is required.

4. This paragraph sets forth a legal conclusion to which no response is required.

5. This paragraph sets forth a legal conclusion to which no response is required.

### STATEMENT OF FACTS

6. Defendant incorporates by reference all pleadings including this one as if set forth at length herein.

7. No response required; the documents filed of record speak for themselves.

8. No response required; the documents filed of record speak for themselves.

9. No response required; the documents filed of record speak for themselves. Further, this paragraph sets forth a legal conclusion to which no response is required.

**DISCUSSION**: Defendant shall deal with this section in his Brief in Opposition.

**CONCLUSION**:

As set forth above and in Defendant's Brief in Opposition (to be filed subsequent to this Answer), it is clear that summary judgment is not appropriate.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an Order denying and dismissing the Motion for Summary Judgment, and for such other relief as may be just and proper.

    Respectfully submitted,

    AUSTIN LAW FIRM LLC


    By: /s/ Sara A. Austin _____
        Sara A. Austin, Esquire
        Supreme Court I.D. No. 59052
        226 East Market Street
        York, PA 17403
        (717) 846-2246
        Counsel for Defendant

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2013 a true and correct copy of the foregoing pleading filed in the above-captioned matter was or will be served electronically on the following:

Barry Solodky, Esq.
    Counsel for Plaintiffs

    /s/ Sara A. Austin _____
    Sara A. Austin, Esquire